IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM T. RUDOLF, JR.,
     Plaintiff,

vs.                                   Case No.:  3:12cv203/RV/EMT

WENDALL HALL, et al.,
     Defendants.
_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 1, 2012 (doc. 9).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

     Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

     **DONE AND ORDERED** this 15th day of August, 2012.


                        /s/ *Roger Vinson*_____
                        **ROGER VINSON**
                        **SENIOR UNITED STATES DISTRICT JUDGE**